UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| EVANS, DANIEL FRANKLIN SR. | ) | Case No. 05-48171-SQU |
| EVANS, KAREN ANN | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:  HONORABLE JOHN H. SQUIRES
     BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on October 11, 2005. On February 10, 2006, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,347.50, in compensation for 3.85 hours of services performed for the period February 6, 2006 through present and reimbursement of actual expenses in the amount of $13.28.

3. A description of the nature of the services rendered by the Applicant is as follows:

OBJECTION TO EXEMPTION

The Trustee discovered that the Debtors had converted their non-exempt stock holdings to exempt IRAs within one year of the Chapter 7 filing. Debtors then claimed the IRAs exempt on the Chapter 7 petition. Trustee directed Cohen & Krol to prepare and present the Trustee's Objection to Exemption Claim. The objection was sustained and the Debtors were ordered to turnover the proceeds of the IRAs to the Trustee. These proceeds have enabled the Trustee to make a dividend to unsecured creditors in this case. Cohen & Krol expended 1.45 hours in the activity of Objection to Exemption.

**EXHIBIT G**

PROFESSIONAL EMPLOYMENT

      Cohen & Krol prepared and presented the Trustee's Motion to Employ Attorneys for Trustee. This motion was required to further the administration of this Estate. Cohen & Krol expended 1.25 hours in the activity of Professional Employment.

OBJECTION TO DISCHARGE

      In an attempt to assure Debtors' cooperation in turning over proceeds of IRA's Trustee directed Cohen & Krol to prepare and present Trustee's Motion for Extension of Time to Objection to Discharge. Cohen & Krol expended 1.15 hours in the activity of Objection to Discharge.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK 2006 | 3.85 | $350.00 | $1,347.50 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

      WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,347.50 and reimbursement of actual and necessary expenses of $13.28 for legal services rendered in this case.

                              RESPECTFULLY SUBMITTED,

Date: February 26, 2009                     /s/ Gina B. Krol
GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**