UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| EVANS, DANIEL FRANKLIN SR. ) | Case No. 05-48171-SQU | |
| EVANS, KAREN ANN ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL 60187

   On: **May 1, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                            $8,242.11

   Disbursements                                                           $24.61

   Net Cash Available for Distribution                                 $8,217.50

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $1,574.21 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $1,347.40 | $13.28 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $13,889.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 38.0300% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target National Bank (F.K.A. Retail | $351.75 | $183.22 |
| 000002 | Jefferson Capital Systems, Llc | $618.87 | $322.36 |
| 000003 | Chase Bank Usa, N.A. | $686.59 | $357.64 |
| 000004 | Capital Recovery One | $290.91 | $151.53 |
| 000005 | Capital Recovery One | $473.56 | $246.67 |
| 000006 | Citibank (Usa) Na | $5,051.49 | $2,631.27 |
| 000007 | Citibank (Usa) Na | $952.17 | $495.97 |
| 000008 | Sbc Bankruptcy | $1,307.79 | $681.21 |
| 000009 | Nicor Gas | $408.40 | $212.74 |
| 000010 | Ecast Settlement Corporation Assign *FILED LATE* | $1,633.71 | $0.00 |
| 000011 | Ecast Settlement Corporation Assign *FILED LATE* | $1,063.94 | $0.00 |
| 000012 | Ecast Settlement Corporation Assign *FILED LATE* | $1,050.05 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $100.00 |
| Bank Accounts | $2,750.00 |
| Comic Books | $1,000.00 |
| Clothes | $600.00 |
| Jewelry | $700.00 |
| Camera | $50.00 |

Dated: **April 1, 2009**                                        For the Court,

                                                      By:   **KENNETH S. GARDNER**
                                                            CLERK OF BANKRUPTCY COURT
                                                            KENNETH S. GARDNER

| | |
|---|---|
| Trustee: | Gina B. Krol |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL  60602-0000 |
| Phone No.: | (312) 368-0300 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                  Date Rcvd: Apr 01, 2009
Case: 05-48171                Form ID: pdf002              Total Served: 38


The following entities were served by first class mail on Apr 03, 2009.
db           +Daniel Franklin Evans, Sr.,    3N775 Powis Road,    West Chicago, IL 60185-1044
jdb          +Karen Ann Evans,    3N752 Locust Avenue,    West Chicago, IL 60185-1144
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    P.O. Box 254,    Wood Dale, IL 60191-0254
aty          +Peter R Vucha,    Roeser & Vucha,    920 Davis Road,    Elgin, IL 60123-1390
tr           +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10082416      Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
10082417      Best Buy,    Retail Services,    P.O. Box 17298,    Baltimore, MA 21297-1298
10082418     +Brinks Home Security,    8880 Esters Blvd.,    Irving, TX 75063-2419
10082420      Capital One Plat,    P. O. Box 790216,    St. Louis, MO 63179-0216
10082419      Capital One Plat,    P.O. Box 25131,    Richmond, VA 23276-0001
10082421      Chase Bank One,    P.O. Box 15153,    Wilmington, DE 19886-5153
10616928     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10082422     +Citibank (USA) NA,    PO Box 182149,    Columbus, OH 43218-2149
10082423      Direct Merchants Bank,    P.O. Box 21550,    Tulsa, OK 74121-1550
10082424      Emerge (Fleet),    P.O. Box 1249,    Newark, NJ 07101-1249
10082425      Household,    P.O. Box 17051,    Baltimore, MA 21297-1051
10082426      Household,    P.O. Box 88000,    Baltimore, MA 21288-0001
10613849      Jefferson Capital Systems, LLC,    POB 23051,    Columbus, GA 31902-3051
10082427     +Lifetime Fitness,    455 Scott Drive,    Bloomingdale, IL 60108-3112
10082429     +NICOR Energy,    P.O. Box 310,    Aurora, IL 60507-0310
10082430     +Oberweis Dairy,    951 Ice Cream Drive,    Sweet One,    North Aurora, IL 60542-8193
10082431      Providian,    P.O. Box 660487,    Dallas, TX 75266-0487
10082433      SBC,    60663 SBC Drive,    Chicago, IL 60663-0001
10082434      Sears Gold MasterCard,    P.O. Box 182156,    Columbus, OH 43218-2156
10082435      Target,    c/o Retailers National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
10603490     +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10082436      Victoria's Secret,    P.O. Box 659728,    San Antonio, TX 78265-9728
10817333      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
10693459     +sbc bankruptcy,    po box 769,    arlington,texas 76004-0769

The following entities were served by electronic transmission on Apr 02, 2009.
12407660     +E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2009 06:35:37     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10082428      E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2009 06:35:19      Meijer,    P.O. Box 960003,
               Orlando, FL 32896-0003
10725016     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
12390531      E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2009 06:35:39
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10639557     +E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2009 06:35:27
               Recovery Management Systems Corporation,    For GE Money Bank,    dba MEIJER,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10670738     +E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2009 06:36:09
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10082432      E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2009 06:35:25     Sam's,    P.O. Box 530942,
               Atlanta, GA 30353-0942
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10693461*    +sbc bankruptcy,    po box 769,    arlington, texas 76004-0769
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2           Date Rcvd: Apr 01, 2009
Case: 05-48171                Form ID: pdf002         Total Served: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2009**                          **Signature:**    *Joseph Speetjens*