# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-48171 SQU |
| EVANS, DANIEL FRANKLIN SR. | § | |
| EVANS, KAREN ANN | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | | | | | |
| Best Buy | | | | | |
| Brinks Home Security | | | | | |
| Capital One | | | | | |
| Capital One | | | | | |
| Direct Merchants | | | | | |
| Lifetime Fitness | | | | | |
| Oberweiss Dairy | | | | | |
| Providian | | | | | |
| Sears | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Victoria's Secret | | | | | |
| NICOR GAS | | | | | |
| SBC BANKRUPTCY | | | | | |
| CAPITAL RECOVERY ONE | | | | | |
| CAPITAL RECOVERY ONE | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CITIBANK (USA) NA | | | | | |
| CITIBANK (USA) NA | | | | | |
| JEFFERSON CAPITAL SYSTEMS, LLC | | | | | |
| TARGET NATIONAL BANK (F.K.A. RETAIL | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

Case 05-48171  Doc 42  Filed 10/20/09  Entered 10/20/09 13:38:03  Desc Main
Case 05-48171 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Page: 1
Document  Page 7 of 15
ASSET CASES

| Case No: | 05-48171 SQU Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | EVANS, DANIEL FRANKLIN SR. | | Date Filed (f) or Converted (c): | 10/11/05 (f) |
| | EVANS, KAREN ANN | | 341(a) Meeting Date: | 12/13/05 |
| For Period Ending: | 10/08/09 | | Claims Bar Date: | 05/12/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 2,750.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Comic Books | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 600.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 700.00 | 0.00 | | 0.00 | FA |
| 7. camera | 50.00 | 0.00 | | 0.00 | FA |
| 8. IRA  Debtors originally held this money in the form of stock. Shortly before the Chapter filing, Debtors liquidated stock and used money to invest in Roth IRAs. Debtor's claimed IRAs exempt. Trustee objected and Debtors turned over value of IRAs. | 8,000.00 | 8,080.38 | | 8,080.38 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 161.61 | Unknown |
| TOTALS (Excluding Unknown Values) | $16,200.00 | $8,080.38 | | $8,241.99 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

LFORM1  Ver: 14.31c

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-48171  SQU  Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | EVANS, DANIEL FRANKLIN SR. | Date Filed (f) or Converted (c): | 10/11/05 (f) |
| | EVANS, KAREN ANN | 341(a) Meeting Date: | 12/13/05 |
| | | Claims Bar Date: | 05/12/06 |

Trustee will review claims and prepare final report

Initial Projected Date of Final Report (TFR): 06/30/07     Current Projected Date of Final Report (TFR): 06/30/09

_____  Date: _____

GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-48171 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | EVANS, DANIEL FRANKLIN SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | EVANS, KAREN ANN | | Account Number / CD #: | *******3129 Interest earning MMA Account |
| Taxpayer ID No: | *******2363 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 02/09/06 | 8 | First Clearing LLC<br>P.O. Box 4284<br>Glen Allen, VA 23054-4284 | | 1129-000 | 8,080.83 | | 8,080.83 |
| C 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.21 | | 8,085.04 |
| C 03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 4.19 | 8,080.85 |
| C 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.86 | | 8,087.71 |
| C 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.64 | | 8,094.35 |
| C 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.88 | | 8,101.23 |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.66 | | 8,107.89 |
| C 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.89 | | 8,114.78 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.89 | | 8,121.67 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.67 | | 8,128.34 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.91 | | 8,135.25 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.69 | | 8,141.94 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.91 | | 8,148.85 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.93 | | 8,155.78 |
| C 02/15/07 | 000302 | International Sureties, Ltd. | BOND | 2300-000 | | 6.29 | 8,149.49 |

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-48171 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | EVANS, DANIEL FRANKLIN SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | EVANS, KAREN ANN | | Account Number / CD #: | *******3129  Interest earning MMA Account |
| Taxpayer ID No: | *******2363 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND | | | | |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.25 | | 8,155.74 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.92 | | 8,162.66 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.71 | | 8,169.37 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.94 | | 8,176.31 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.72 | | 8,183.03 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.95 | | 8,189.98 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.96 | | 8,196.94 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 5.21 | | 8,202.15 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 5.23 | | 8,207.38 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.38 | | 8,211.76 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 3.93 | | 8,215.69 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.26 | | 8,218.95 |
| C  02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 7.73 | 8,211.22 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.95 | | 8,213.17 |

UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

LFORM2T4

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-48171 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | EVANS, DANIEL FRANKLIN SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | EVANS, KAREN ANN | | Account Number / CD #: | *******3129 Interest earning MMA Account |
| Taxpayer ID No: | *******2363 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.94 | | 8,215.11 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.68 | | 8,216.79 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.04 | | 8,217.83 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.01 | | 8,218.84 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.04 | | 8,219.88 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.04 | | 8,220.92 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.02 | | 8,221.94 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.80 | | 8,222.74 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.67 | | 8,223.41 |
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 8,223.83 |
| C  01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,223.90 |
| C  02/17/09 | 000304 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 6.40 | 8,217.50 |
| C  02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,217.56 |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,217.63 |
| C  04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 8,217.81 |

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 05-48171 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | EVANS, DANIEL FRANKLIN SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | EVANS, KAREN ANN | | Account Number / CD #: | *******3129  Interest earning MMA Account |
| Taxpayer ID No: | *******2363 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   05/04/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 8,217.83 |
| C t  05/04/09 | | Transfer to Acct #*******9802 | Final Posting Transfer | 9999-000 | | 8,217.83 | 0.00 |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******3129 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 8,080.83 | 4 | Checks | 24.61 |
| 40 | Interest Postings | 161.61 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 8,217.83 |
| | Subtotal | $  8,242.44 | | | |
| | | | | Total | $  8,242.44 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $  8,242.44 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-48171 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | EVANS, DANIEL FRANKLIN SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | EVANS, KAREN ANN | | Account Number / CD #: | *******9802 BofA - Checking Account |
| Taxpayer ID No: | *******2363 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 05/04/09 | | Transfer from Acct #*******3129 | Transfer In From MMA Account | 9999-000 | 8,217.83 | | 8,217.83 |
| C  05/06/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,574.21 | 6,643.62 |
| C  05/06/09 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 897.37 | 5,746.25 |
| C  05/06/09 | 003003 | Gina B. Krol<br>105 W. Madison St.<br>Chicago, IL | Attorneys Fees per Court Order | 3110-000 | | 450.03 | 5,296.22 |
| C  05/06/09 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 13.28 | 5,282.94 |
| C  05/06/09 | 003005 | sbc bankruptcy<br>po box 769<br>arlington, texas 76004 | Claim 000008, Payment 52.09246% | 7100-000 | | 681.26 | 4,601.68 |
| C  05/06/09 | 003006 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 000009, Payment 52.09109% | 7100-000 | | 212.74 | 4,388.94 |
| C  05/06/09 | 003007 | Target National Bank (f.k.a. Retailers National Ba<br>TARGET<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 000001, Payment 52.09097% | 7100-900 | | 183.23 | 4,205.71 |

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-48171 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | EVANS, DANIEL FRANKLIN SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | EVANS, KAREN ANN | | Account Number / CD #: | *******9802 BofA - Checking Account |
| Taxpayer ID No: | *******2363 | | | |
| For Period Ending: | 10/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/06/09 | 003008 | Jefferson Capital Systems, LLC<br>POB 23051<br>Columbus, GA 31902-3051 | Claim 000002, Payment 52.09172% | 7100-900 | | 322.38 | 3,883.33 |
| C 05/06/09 | 003009 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000003, Payment 52.09222% | 7100-900 | | 357.66 | 3,525.67 |
| C 05/06/09 | 003010 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href="/cgi-bin/Claimant.pl?829937,4,05-48171">Claimant History</a> | Claim 000004, Payment 52.09171% | 7100-900 | | 151.54 | 3,374.13 |
| C 05/06/09 | 003011 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href="/cgi-bin/Claimant.pl?829937,5,05-48171">Claimant History</a> | Claim 000005, Payment 52.09266% | 7100-900 | | 246.69 | 3,127.44 |
| C 05/06/09 | 003012 | Citibank (USA) NA<br>PO Box 182149<br>Columbus, OH 43218 | Claim 000006, Payment 52.09215% | 7100-900 | | 2,631.43 | 496.01 |
| C 05/06/09 | 003013 | Citibank (USA) NA<br>PO Box 182149<br>Columbus, OH 43218 | Claim 000007, Payment 52.09259% | 7100-900 | | 496.01 | 0.00 |

UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-48171 -SQU | |
| Case Name: | EVANS, DANIEL FRANKLIN SR. | |
| | EVANS, KAREN ANN | |
| Taxpayer ID No: | *******2363 | |
| For Period Ending: | 10/08/09 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9802  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | | | |
|---|---|---|---|---|---|
| Account *******9802 | Balance Forward | 0.00 | | | |
| | 0 Deposits | 0.00 | 13 | Checks | 8,217.83 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | 0 Adjustments In | 0.00 | | Total | $ 8,217.83 |
| | 1 Transfers In | 8,217.83 | | | |
| | Total | $ 8,217.83 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| | 1 Deposits | 8,080.83 | 17 | Checks | 8,242.44 |
| | 40 Interest Postings | 161.61 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 8,217.83 |
| | Subtotal | $ 8,242.44 | | | |
| | 0 Adjustments In | 0.00 | | Total | $ 16,460.27 |
| | 1 Transfers In | 8,217.83 | | | |
| | Total | $ 16,460.27 | | Net Total Balance | $ 0.00 |

  /s/    GINA B. KROL
Trustee's Signature: _____  Date: 10/08/09
  GINA B. KROL